ary 19, 1912.) Action by Lydia Gray against James McLaughlin.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent, on grounds stated.

GRIFFITHS, Respondent, v. TOOMEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Albert F. Griffiths against Cornelius P. Toomey. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 145 App. Div. 933, 129 N. Y. Supp. 1125.

GRISWOLD v. RINGLING et al. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by M. Beulah Griswold against Otto Ringling and others.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG AND SEWELL, JJ., dissent.

GROGAN, Respondent, v. CITY & SUBURBAN HOMES CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Robert T. Grogan against the City & Suburban Homes Company and another.

PER CURIAM. Judgment and order of the Municipal Court affirmed, with costs, as to defendant city of New York, and judgment and order reversed, and complaint dismissed, as to defendant City & Suburban Homes Company, without costs.

GROSS et al., Respondents, v. ROWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Fred L. Gross and another against Leonard Rowley. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former opinion, see 132 N. Y. Supp. 541.

GROSSMAN v. BRESSON et al. (Supreme Court, Appellate Division, Second Department. December 15, 1911.) Action by Morris Grossman against Sarah Bresson, and David Mendelson. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

GRUBEL, Appellant, v. NASSAUER, Respondent. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by Walburga Grubel against Gustav Nassauer. A. P. Wagener, for appellant. B. L. Hollander, for respondent. No opinion. Judgment (71 Misc. Rep. 585, 130 N. Y. Supp. 848) affirmed, with costs. Order filed.

GUARDIAN TRUST CO. v. CHURCH CONST. CO. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the Guardian Trust Company against the Church Construction Company. No opinion. Motion granted, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1113.

HALL, Appellant, v. FOX et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Charles H. Hall against Ann S. Fox and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMILTON v. MENDHAM (two cases). (Supreme Court, Appellate Division, First Department. December 22, 1911.) Actions by Peter Hamilton against Maurice B. Mendham. No opinions. Applications granted. Orders signed. See, also, 129 N. Y. Supp. 53.

HAMMOND et al., Appellants, v. MARCY et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Fred O. Hammond and another against John C. Marcy and another. No opinion. Judgment unanimously affirmed, with costs.

HARTMAN, Respondent, v. BERLIN & JONES ENVELOPE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1911.) Action by John Hartman against the Berlin & Jones Envelope Company. No opinion. Motions denied, without costs. See, also, 131 N. Y. Supp. 1119.

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. December 29, 1911.) In the matter of Clifford W. Hartridge.

PER CURIAM. Proceeding dismissed. Settle order on notice.

CLARKE and DOWLING, JJ., dissent.

HASBROUCK, Respondent, v. MUNICIPAL TELEGRAPH & STOCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Conrad E. Hasbrouck against the Municipal Telegraph & Stock Company. No opinion. Judgment and order unanimously affirmed, with costs.

HASTINGS, Respondent, v. UNDERWRITERS' REALTY & TITLE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Mabel C. Hastings against the Underwriters' Realty & Title Company. H. Goldstein, for appellant. H. Remington, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

H. BRIDGMAN SMITH & CO., Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by H.